UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                              CASE NO. 25-10059-KKS
                                                    CHAPTER 13
ANTONIO TYRONE BROWN


_____Debtor_____/

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

**COMES NOW,** LEIGH A. DUNCAN, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss Case With Prejudice, and in support thereof states as follows:

1. The Debtor(s) filed this Chapter 13 case on March 10, 2025.

2. The Debtor(s) has failed to make any payment to the Chapter 13 Trustee. The Trustee acknowledges that the Debtor has not filed a Chapter 13 Plan setting a monthly payment amount, but a payment is required to be made to the Trustee on or before thirty (30) days from the date of filing, and the Debtor(s)' failure to list a Plan payment does not excuse the Debtor(s) from this obligation.

3. While this is only the Debtor(s)' second bankruptcy filing, the Debtor(s)' family has been involved in a series of bankruptcy filings spanning 13

cases and 26 years.  The prior relevant history from 1998 through 2017 is summarized in the *Order Granting Amended Motion to Dismiss Debtor's Bankruptcy Case with Prejudice (Doc. 19), Granting Amended Motion for Prospective Relief (Doc. 20); and Granting Additional Relief as to Kim Brown (In re Brown, Case No. 15-10042-KKS)* (ECF No. 80) entered in *In re: Buford Carl Brown, III,* Case No. 17-10021-KKS. Buford Carl Brown, III had both the same residence address of 717 NW 253rd St., Newberry, FL 32669 and the same mailing address of P.O. Box 891, Newberry, FL 32669 as the Debtor(s) in the instant case. Buford Carl Brown, III, appears to be the brother of Antonio Tyrone Brown, and both men appear to be the sons of the woman known variously as Kim S. Brown AKA: Kim Williams (98-02131-KKS; 00-00242-KKS), Kim L. Brown aka: Kim Williams (02-00779-KKS; 03-00225-KKS), Kim W. Brown (08-10300-KKS; 10-10610-KKS), Kim Williams Brown (11-10226-KKS; 15-10042-KKS), and Kim Larose Brown (12-10157-KKS; 13-10385-KKS; 14-10126-KKS).

4. On August 15, 2018, the Debtor(s) executed a Note and Mortgage with Signature Mortgage Corporation secured by real property located at 717 NW 253rd St, Newberry, Florida 32669.  The Debtor(s)' first mortgage

payment was due on October 1, 2018. According to the supporting documents filed with U.S. Bank Trust National Association's Proof of Claim in the Debtor(s)' prior Chapter 13 Case No. 24-10149-KKS, the Debtor(s) did not make his first payment until January 31, 2019. The Debtor(s) made one payment in 2019, no payments in 2020, one payment in 2021, three payments in 2022, no payments in 2023, and no payments in 2024 prior to the petition date of July 17, 2024. As a result of the filing of prior Chapter 13 Case No. 24-10149-KKS, the foreclosure sale set for July 18, 2024, was cancelled. Debtor(s)' Case No. 24-10149-KKS was dismissed on December 12, 2024, for failure to make Plan payments. The filing of the instant case on March 10, 2025, caused the cancellation of a foreclosure sale set for March 11, 2025. The Debtor(s) has two (2) different Social Security numbers, so it did not appear as a prior filer.

5. At the Section 341 Meeting of Creditors set for April 2, 2025, the Debtor(s) was asked whether he had filed any previous bankruptcy cases. The Debtor(s) answered that he had not, even though he had filed the prior Chapter 13 Case 24-10149-KKS on July 17, 2024. The Debtor(s) declared under penalty of perjury on his Statement of

Financial Affairs that he had not been a party to any suit or administrative proceeding within one year prior to the filing of the instant case, even though he had filed the prior Chapter 13 Case 24-10149-KKS and even though a Consent Final Judgment of Foreclosure was entered on April 29, 2024, in Case No. 01-2023-CA-002241 in the Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida, a case in which the Debtor(s) is a named defendant.

6. The Debtor(s)' pattern of filing cases immediately prior to the date of a foreclosure sale, failure to file bankruptcy plans in either of his cases, failure to submit Plan payments to the Trustee, and his denying having filed his previous case in his court filings all clearly demonstrate bad faith. It appears the sole reason for both of this Debtor(s)' Chapter 13 cases was to obstruct the foreclosure sale.

Sufficient cause exists to dismiss this case.

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed with prejudice and the Debtor(s) be enjoined from filing a Petition under any Chapter of the Bankruptcy Code for a period of one (1) year, and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED.**

/s/ Leigh A. Duncan
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL  32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

ANTONIO TYRONE BROWN
PO BOX 891
NEWBERRY,  FL  32669

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/ Leigh A. Duncan
OFFICE OF THE CHAPTER 13 TRUSTEE

**EXHIBIT "A"**
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| **DATE** | **AMOUNT** |
|---|---:|
| TOTAL AMOUNT PAID: | 0.00 |