FILED
U.S. Bankruptcy Court, NDFL
04/08/2025 at 3:58 PM ET

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

*In re:*

CASE NO. 25-10059-KKS
CHAPTER 13

ANTONIO TYRONE BROWN,

Debtor.

**MOTION OBJECTING PLAINTIFF MOTION RETROACTIVE AND PROSPECTIVE RELIEF FROM AUTOMATIC STAY**

I, Antonio Brown am pleading with your HONOR to please object to the plaintiff request due to inappropriate misleading practices, manipulation, false acquisitions, EXCESSIVE attorney fees, and malice behavior.

1. US BANK AND ATTORNEYS have made false acquisitions about I did not follow through with a modification, which I have provided receipts to show I clearly finished the modification within their timely matter for the following moths that they said I did not. Which was Feb 2022, March 2022, and April 2022 see EXHIBIT A1, A2, A3. After I finished the modification they said I would go back to my original payment $1206 and that did not happen and this is when we went back and forth, I became ill, covid struck me again, family death. All this came about in 2021 when covid hit, and my income and household suffered and took a BIG blow and after the completion of the modification, US Bank said my payments would be over $10,000 a month! They would not work with me, in reference to putting payments behind the loan, refinance, etc. I HAD EQUITY in the home.
2. I HAVE SEVERAL FRIENDS WITH COMPANIES THAT ARE AND WERE WILLING TO PURCHASE THE HOME AND HELP ME! AND US BANK HAS BEEN RUDE AND SLOWLY OR ALL TOGETHER NOT SENDING ME THE INFO I REQUESTED! SINCE JULY 2024! A friend and his company Yellow card, wanted to purchase the home and work with me to help me save my home and not go through bankruptcy. US Bank attorneys first stated their client was not interested and I when I presented to them with a letter from the friend and his company Yellow Card, stating they have certified funds, hard money, they started negotiating and asking for documents and other info, as if they were interested in selling my home to my friend at Yellow Card. I NEVER WANTED TO FILE BANKRUPTCY TO KEEP MY HOME, BUT CLEARLY I TOLD US BANK AND THEIR ATTORNEYS WHAT MY INTENTIONS WERE IF THEY DID NOT WANT TO SELL IT TO MY FRIEND AT YELLOW CARD. PLEASE LOOK AT THE DATES OF MY EXHIIBTS EMIAL, THE DATE IS 5 DAYS BEFORE THE FORCLOSURE SALE WHEN THE ATTORNRY DECIDED THEY WERE FORSURELY GOING THRU WITH THE SALE. I WAS RAISED ON LET YOUR YES BE YES AND YOUR NO BE NO that is business and professional behavior. SEE EXHIBITS B1, B2,B3,B4,B5,B6,B7,B8,B9,
3. My property is well kept up! I WON YARD OF THE MONTH FROM NEWBERRY GARDEAN CLUB 3 times!! MY HOME IS NOT ABANDON!! If they believe that, then someone need inform the City of Newberry Utility Dept, because they charge me every month for utilities! I AM CAPAPBLE OF KEEPING MY HOME AND I PLAN TOO. I WOULD NEVER ABUSE THE BANKRUTCY SYSTEM. THANK GOD I DID FILE OR ELSE I WOULD HAVE LOSS MY HOME! I FILED IN TIME TO SAVE MY HOME AND I PLAN TO FOLLOW THE BANKRUTPCY LAW, MAKE MY PAYMENTS, ANYTHING ELSE THAT IS NEEDED IT WILL GET DONE!
4. With all that have transpired, I felt I didn't need an attorney, but I do and I found one and she is ready to assist me in keeping my home. I am SERIOUSLY contemplating going to the FLORIDA Bar and filing a complaint AND LAWSUIT against HOWARD LAW!

THANK YOU,
ANTONIO BROWN

**CERTIFICATE OF SERVICES**

**US Bank Trust National Association CEO Andrew Cecere: Andrew.cecere@usbank.com**
**Judge Specie: filings@flnb.uscourts.gov**
**Howard Law: mathew@howardlaw.com**
**Leigh A. Duncan: ldhock@earthlini.net**



yahoo!mail Jeff Harrison Add keywords Give feedback Go ad-free

Back More

Inbox
Starred
Sent
Drafts
Folders

Sent

# Wire Transfer Services

To: Jeff · Mon, Feb 28, 2022 at 4:51 PM

Amount: $1605.00
Wells fargo Ref#: fw0066610059055711

On Mon, Feb 28, 2022 at 4:33 PM, Kym Brown
<cadence630@yahoo.com> wrote:

Sent from Yahoo Mail on Android

Show trimmed content

Reply Forward

$ 1605.00
Feb 2022 payment

EX A1

Self Employed Tax Filing

Get Your Maximum
Refund G
With All
Expertis
Block®



yahoo!mail Jeff Harrison Add keywords Give feedback Go ad-free

Back More

Inbox
Starred
Sent
Drafts
Folders

Sent

# Antonio Brown Modification payment

To: Jeff · Thu, Mar 31, 2022 at 6:22 PM

S

March payment 2022
$1605.00

EX A2

EX A2

2nd pg. March 2022 continued payment

**Authorization**

I/We authorize VyStar Credit Union to place an order for a Domestic funds (wire) transfer according ... instructions that I/We have provided. I/We understand that if a reversal is requested, VyStar ... will submit a reversal request to the beneficiary's financial institution and make every ... the funds. I/We understand there is no guarantee that the funds will be ...

... and/or beneficiary's financial institution, the reversal of the wire is ... beneficiary's financial institution, VyStar Credit Union cannot guarantee the ... financial institution, and fees may be assessed by other financial ... is successful. I/We understand that VyStar Credit Union is not ... damages caused or contributed to by the fault of ... this request once VyStar Credit Union has ... the refund will be ... for such refunds. I/We ... of the information provided ... liable for any losses or damages resulting ...



yahoo!mail Jeff Harrison Add keywords Give feedback Go ad-free

Back More

Inbox

Starred

Sent

Drafts

Folders

Sent

# Modification payment April's payment

To: Jeff · Fri, Apr 29, 2022 at 4:57 PM

Sent from Yahoo Mail on Android

Wire Transfer Services

April 2022 payment $1605.

EX A3

Gig Worker & Freelancer Taxes

Join The 11 3 Million A Who Tru Year To Taxes

Reply Forward

I am forwarding the email I received this morning in reference of proof of funds to purchase my home. If you still aren't interested, I am left with no other alternative, my attorney and I will file bankruptcy by the 10th. Thanks

Yahoo Mail: Search, Organize, Conquer

EX B1

----- Forwarded Message -----
**From:** "Ian Mclean" <ian@selltoyellowcard.com>
**To:** "cadence630@yahoo.com" <cadence630@yahoo.com>, "Alyssa Barte" <alyssa@selltoyellowcard.com>
**Sent:** Thu, Mar 6, 2025 at 9:33 AM
**Subject:** Proof of funds: 717 NW 253rd St, Newberry, FL 32669

Good morning,

I wanted to forward the proof of funds letter for the purchase and sale of the above mentioned property,

We are ready willing and able to close on this,

Thank you and please reach out regarding any questions.

--

**M:** 904-347-7521
**P:** 904-539-4420
**E:** Ian@selltoyellowcard.com
**Yellow Card Properties**
5961 S A1a St, Saint Augustine, FL 32080
**www.yellowcardproperties.com**

**Ian Mclean**



and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.***

**From:** Kym Brown <cadence630@yahoo.com>
**Sent:** Thursday, March 6, 2025 12:42 PM
**To:** Evan Raymond <Evan@howardlaw.com>; Pleadings@HowardLaw.com
**Subject:** Fw: Proof of funds: 717 NW 253rd St, Newberry, FL 32669

CAUTION: This message was sent from outside the company

Yahoo Mail: Search, Organize, Conquer

EX B2

----- Forwarded Message -----

**From:** "Kym Brown" <cadence630@yahoo.com>

**To:** "Evan Raymond" <evan@howardlaw.com>

**Cc:** "pleadings@howardlaw.com" <pleadings@howardlaw.com>

**Sent:** Thu, Mar 6, 2025 at 12:39 PM

**Subject:** Fw: Proof of funds: 717 NW 253rd St, Newberry, FL 32669

I am forwarding the email I received this morning in reference of proof of funds to purchase my home. If you still aren't interested, I am left with no other alternative, my attorney and I will file bankruptcy by the 10th. Thanks

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----

**From:** "Ian Mclean" <ian@selltoyellowcard.com>

**To:** "cadence630@yahoo.com" <cadence630@yahoo.com>, "Alyssa Barte" <alyssa@selltoyellowcard.com>

**Cc:**

**Sent:** Thu, Mar 6, 2025 at 9:33 AM

**Subject:** Proof of funds: 717 NW 253rd St, Newberry, FL 32669

Good morning,

I wanted to forward the proof of funds letter for the purchase and sale of the above mentioned property,

We are ready willing and able to close on this,

Thank you and please reach out regarding any questions.

--

Fax: (888) 235-0017

E-Mail: Evan@HowardLaw.com

Website: www.HowardLaw.com

This e-mail and its attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any, may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system. This communication is from a debt collection attorney, and any information obtained will be used for that purpose.

*** A portion of our practice involves the collection of debt. Any information obtained may be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.***

EX B3

**From:** Evan Raymond
**Sent:** Thursday, March 6, 2025 3:51 PM
**To:** Kym Brown <cadence630@yahoo.com>
**Subject:** RE: Proof of funds: 717 NW 253rd St, Newberry, FL 32669

Hello Mr. Brown,

The attached Preapproval has been received and I have conveyed this to our client. I do still expect them to reject the offer, but I will confirm once I receive their response.

Regards,

**Evan R. Raymond, Esq.**

**Partner**

**HOWARD LAW**

4755 Technology Way, Suite #104

Boca Raton, FL 33431

Office Phone. (954) 893-7874 x114

Direct: (561) 453-1814

Fax: (888) 235-0017

E-Mail: Evan@HowardLaw.com

Website: www.HowardLaw.com

This e-mail and its attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any, may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system. This communication is from a debt collection attorney, and any information obtained will be used for that purpose.

*** A portion of our practice involves the collection of debt. Any information obtained may be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act



Please let me know if any other information is needed

Thank you!

On Thu, Mar 6, 2025 at 7:45 PM Kym Brown <cadence630@yahoo.com> wrote:

> Ths is the response I got from the attorney representing US Bank. Let me know the next move, THANKS.
>
> Yahoo Mail: Search, Organize, Conquer
>
> On Thu, Mar 6, 2025 at 7:42 PM, Ian Mclean <ian@selltoyellowcard.com> wrote:
>
>> Hello Kym!
>>
>> I should be able to get most of this to you tomorrow, but should be able to get it all to you!
>>
>> On Thu, Mar 6, 2025 at 4:40 PM Kym Brown <cadence630@yahoo.com> wrote:
>>
>>> Yahoo Mail: Search, Organize, Conquer
>>>
>>> ----- Forwarded Message -----
>>> **From:** "Evan Raymond" <Evan@howardlaw.com>
>>> **To:** "Kym Brown" <cadence630@yahoo.com>
>>> **Cc:**
>>> **Sent:** Thu, Mar 6, 2025 at 4:02 PM
>>> **Subject:** RE: Proof of funds: 717 NW 253rd St, Newberry, FL 32669
>>>
>>> Hello Again Mr. Brown,
>>>
>>> As this would be a short sale, our client would need more information from you in order for them to review the offer. Specifically, our client needs your listing agreement, the purchase agreement, the proposed HUD for the closing showing the proposed pay out to our client, and a loan approval (the pre-approval provided is insufficient). Please provide these documents as soon as possible for your request to be considered.
>>>
>>> Thank you,
>>>
>>> Regards,
>>>
>>> **Evan R. Raymond, Esq.**
>>>
>>> **Partner**
>>>
>>> **HOWARD LAW**
>>>
>>> 4755 Technology Way, Suite #104
>>>
>>> Boca Raton, FL 33431
>>>
>>> Office Phone: (954) 893-7874 x114
>>>
>>> Direct: (561) 453-1814

EX
B4

Was the property listed for sale when you entered into the contact in July 2024? To consider you for a short sale, our client will need to see a listing agreement to see the property was publicly marketed for sale to support this being a market value offer.

Thank you.

Regards,

EX B5

**Evan R. Raymond, Esq.**
**Partner**

**HOWARD LAW**
4755 Technology Way, Suite #104
Boca Raton, FL 33431
Office Phone: (954) 893-7874 x114
Direct: (561) 453-1814
Fax: (888) 235-0017
E-Mail: Evan@HowardLaw.com
Website: www.HowardLaw.com

This e-mail and its attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any, may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system. This communication is from a debt collection attorney, and any information obtained will be used for that purpose.

*** A portion of our practice involves the collection of debt. Any information obtained may be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.***

**From:** Ian Mclean <ian@selltoyellowcard.com>
**Sent:** Friday, March 7, 2025 10:29 AM
**To:** Kym Brown <cadence630@yahoo.com>; Evan Raymond <Evan@howardlaw.com>
**Subject:** Re: Fw: Proof of funds: 717 NW 253rd St, Newberry, FL 32669

CAUTION: This message was sent from outside the company

Hello,

I am sending this information over regarding the property at: 717 NW 253rd St, Newberry, FL 32669

We went under contract to purchase the home back in July of 2024 and heard about the payoff issue, we have been ready, willing and able to close on this property since then. I attached the original purchase and sale agreement.

I have directed the title company, Duane Romanello PA, to draft a preliminary HUD showing the proceeds due to the lender.

As for the funds needed for the purchase, I attached a bank statement showing adequate funds available to cover the cost.

CAUTION: This message was sent from outside the company

Thank you so much!

We are ready to get this done for the seller and the lender, let me know if anything else is needed!

Thank you.

On Fri, Mar 7, 2025 at 10:43 AM Evan Raymond <Evan@howardlaw.com> wrote:

EX
B6

Understood. That is likely to be a dealbreaker. I will inquire with our client now and let you know.

Regards,

**Evan R. Raymond, Esq.**
**Partner**

**HOWARD LAW**
4755 Technology Way, Suite #104
Boca Raton, FL 33431
Office Phone: (954) 893-7874 x114
Direct: (561) 453-1814
Fax: (888) 235-0017
E-Mail: Evan@HowardLaw.com
Website: www.HowardLaw.com

This e-mail and its attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any, may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system. This communication is from a debt collection attorney, and any information obtained will be used for that purpose.

*** A portion of our practice involves the collection of debt. Any information obtained may be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.***

**From:** Ian Mclean <ian@selltoyellowcard.com>
**Sent:** Friday, March 7, 2025 10:39 AM
**To:** Evan Raymond <Evan@howardlaw.com>
**Cc:** Kym Brown <cadence630@yahoo.com>
**Subject:** Re: Fw: Proof of funds: 717 NW 253rd St, Newberry, FL 32669

You don't often get email from ian@selltoyellowcard.com. Learn why this is important

CAUTION: This message was sent from outside the company

It was not listed as we purchase investment properties off market,

Is it too late to initiate this now? How long must it be listed for?

On Fri, Mar 7, 2025 at 10:35 AM Evan Raymond <Evan@howardlaw.com> wrote:

Mr. Brown,

yahoo!mail Ian Mclean Add keywords Give feedback Go ad-free

Back

More

Inbox

Inbox
Starred
Sent
Drafts
Folders

# Proof of funds: 717 NW 253rd St, Newberry, FL 32669

EX B7

Ian Mclean
To: me, and 1 other · Thu, Mar 6 at 9:33 AM

Good morning, I wanted to forward the proof of...

Expand previously seen (15)

Evan Raymond
To: me, Cc: Ian · Fri, Mar 7 at 3:56 PM

Mr. Brown,

Our client has confirmed they are not interested in considering the short sale and will be proceeding with the foreclosure sale on 3/11. Have a nice weekend.

Regards,

**Evan R. Raymond, Esq.**
**Partner**

**HOWARD LAW**
4755 Technology Way, Suite #104
Boca Raton, FL 33431
Office Phone: (954) 893-7874 x114
Direct: (561) 453-1814
Fax: (888) 235-0017
E-Mail: Evan@HowardLaw.com
Website: www.HowardLaw.com

This e-mail and its attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any, may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system. This communication is from a debt collection attorney, and any information obtained will be used for that purpose.
*** A portion of our practice involves the collection of debt. Any information obtained may be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.***

**From:** Ian Mclean <ian@selltoyellowcard.com>
**Sent:** Friday, March 7, 2025 10:44 AM
**To:** Evan Raymond <Evan@howardlaw.com>
**Cc:** Kym Brown <cadence630@yahoo.com>
**Subject:** Re: Fw: Proof of funds: 717 NW 253rd St, Newberry, FL 32669

United States Bankruptcy Court
Northern District of Florida
Gainesville Division

**Notice of Bankruptcy Case Filing**

A bankruptcy case concerning the debtor(s) listed below was filed on 03/10/2025 at 6:06 PM Eastern under Chapter 13 of the United States Bankruptcy Code.

**Antonio Tyrone Brown**
717 NW 253
Newberry, FL 32669
352-519-2747
SSN / ITIN: xxx-xx-8364
Tax ID / EIN: 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

B8

The case was assigned case number 25-10059. This case was filed in paper form and was entered into the electronic case management system on 03/11/2025 at 10:22 AM Eastern.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flnb.uscourts.gov or at the Clerk's Office, 110 E. Park Ave., Ste. 100, Tallahassee, FL 32301.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Traci E. Abrams**
**Clerk, U.S. Bankruptcy Court**



yahoo!mail Ian Mclean Add keywords Give feedback Go ad-free

Back More

Inbox Starred Sent Drafts Folders

Inbox

# RE:

Evan Raymond
To: me, and 1 other · Tue, Mar 11 at 11:32 AM

Thank you, Mr. Brown. As the attached wasn't filed with the foreclosure court prior to the sale, the sale did proceed, but we are in the process of filing a copy now and working with the Clerk to make sure the Certificate of Sale isn't issued.

Regards,

**Evan R. Raymond, Esq.**
**Partner**

**HOWARD LAW**
4755 Technology Way, Suite #104
Boca Raton, FL 33431
Office Phone: (954) 893-7874 x114
Direct: (561) 453-1814
Fax: (888) 235-0017
E-Mail: Evan@HowardLaw.com
Website: www.HowardLaw.com

This e-mail and its attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any, may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system. This communication is from a debt collection attorney, and any information obtained will be used for that purpose.
*** A portion of our practice involves the collection of debt. Any information obtained may be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.***

Show trimmed content

1 attachment Download

Brown Ntc of Bkr Case F...
PDF · 335.6KB

Reply Reply all Forward

EX B9