# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

IN RE:                                           CASE NO.: 25-10059-KKS
                                                                   CHAPTER 13

ANTONIO TYRONE BROWN,

_____Debtor._____/

## JOINT STATEMENT OF UNDISPUTED FACTS

**COMES NOW**, Leigh A. Duncan, Chapter 13 Trustee, and secured creditor, U.S. Bank Trust National Association, and file this Joint Statement of Undisputed Facts as agreed to between the Chapter 13 Trustee and the secured creditor. The Chapter 13 Trustee sent the proposed Joint Statement of Undisputed Facts to the Debtor, Antonio Tyrone Brown, but did not receive any response. Therefore, the Chapter 13 Trustee and the secured creditor, U.S. Bank Trust National Association, respectfully submit the following statement of facts in this matter.

1. The Debtor filed this Chapter 13 case on March 10, 2025.

2. The first payment in this case was due on April 9, 2025.

3. The Debtor has made no payment to the Trustee in this case.

4. The Debtor has failed to file a Chapter 13 Plan in this case.

5. The Debtor filed Chapter 13 Case No. 24-10149-KKS on July 17, 2024.

6. The Chapter 13 Trustee filed a Motion to Dismiss Case 24-10149-KKS on October 11, 2024, for Debtor's failure to make any payment to the Trustee; failure to file a Chapter 13 Plan; failure to provide identification and other documentation required, and for failure to appear at the 341 meeting of creditors.

7. On December 12, 2024, an Order Granting Chapter 13 Trustee's Motion to Dismiss was entered in Case No. 24-10149-KKS.

8. The Debtor's first bankruptcy Case No. 24-10149-KKS was filed on the eve of a scheduled foreclosure sale of the property at 717 NW 253rd Street, Newberry, Florida 32669.

9. The Debtor filed this bankruptcy Case No. 25-10059-KKS also on the eve of a scheduled foreclosure sale of the property at 717 NW 253rd Street, Newberry, Florida 32669.

10. The Debtor has disclosed two (2) different social security numbers in the filing of his cases.

**DATED:** April 25, 2025

/s/Matthew Klein, Esq.
HOWARD LAW
ATTORNEYS FOR CREDITOR
4755 TECHNOLOGY WAY, #104
BOCA RATON, FL 33431
matthew@howardlaw.com
(954) 893-7874 "Telephone"
(888) 235-0017 "Facsimile"

/s/Leigh A. Duncan, Esq.
CHAPTER 13 TRUSTEE
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

ANTONIO TYRONE BROWN
P.O. BOX 891
NEWBERRY, FL 32669
cadence630@yahoo.com

MATTHEW KLEIN, ESQ.
HOWARD LAW
FOR U.S. BANK TRUST NATIONAL ASSN.
4755 TECHNOLOGY WAY, #104
BOCA RATON, FL 33431
matthew@howardlaw.com

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh A. Duncan
OFFICE OF CHAPTER 13 TRUSTEE