# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

IN RE:                                                   CASE NO.: 25-10059-KKS
                                                         CHAPTER 13

ANTONIO TYRONE BROWN,

      Debtor(s).              /

## ORDER GRANTING *CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE* (ECF NO. 38)

**THIS CASE** came before the Court for hearing on May 1, 2025, on the *Chapter 13 Trustee's Motion to Dismiss Case with Prejudice* (ECF No. 38, "the Motion"). Appearing at the hearing were Leigh A. Duncan, Chapter 13 Trustee; Michael Ziegler, Esq. for the Debtor(s); and Matthew Klein, Esq. for U.S. Bank Trust National Association. Having considered the Trustee's Motion and heard arguments of counsel, and the Court being otherwise fully advised, it is

    **ORDERED**:

    1.    The Chapter 13 Trustee's Motion is GRANTED, and the Debtor(s)' Chapter 13 case is DISMISSED WITH PREJUDICE pursuant to Section 109(g) of the United States Bankruptcy Code for Debtor(s)' willful failure to prosecute the case and abuse of the bankruptcy process. Further,

Debtor(s) is specifically prohibited from filing another bankruptcy case for two (2) years from the date of entry of this Order. The Clerk of the Court is authorized to refuse any new bankruptcy petition from Debtor(s) within two (2) years from the date of this Order.

2. If the Court has entered an Order Confirming Plan and Order to Debtor(s), the Trustee is directed to pay any funds on hand to creditors.

3. If there has not been an Order Confirming Plan and Order to Debtor(s) entered by the Court, then the Court reserves jurisdiction solely to determine the fees and expenses for the Chapter 13 Trustee. The Chapter 13 Trustee shall then have fifteen (15) days within which to file an application for said fees. Upon the filing of said application for fees, or if no fee application is filed, then the Chapter 13 Trustee shall forthwith remit all funds on hand, less the amounts requested for fees and expenses, to the Debtor(s). The Trustee shall hold all funds not remitted to the Debtor(s) pending a hearing or Order to determine reasonable fees and expenses.

4. The Debtor(s) is directed to immediately remit any unpaid filing fees, if due. Debtor(s) must remit all past sums due to the Clerk before filing a new Petition. The Court retains jurisdiction to collect all unpaid fees, and the Clerk is authorized to pursue all available avenues to ensure the fees are collected.

5. All pending motions and applications on which the Court has not yet ruled are denied or disapproved as MOOT.

**DONE AND ORDERED** on   May 9, 2025                             .

_____
KAREN K. SPECIE
CHIEF U.S. BANKRUPTCY JUDGE

Order prepared by LEIGH A. DUNCAN.

LEIGH A. DUNCAN is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within three (3) days of entry of the Order.